1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROHIT LNU,<br><br>            Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>            Respondents. | No. 1:26-cv-00016 JLT SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR PRELIMINARY INJUNCTION, REFERRING MATTER TO MAGISTRATE JUDGE, AND SETTING BRIEFING SCHEDULE<br><br>(Docs. 2, 10) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 12, 2026, the magistrate judge issued findings and recommendations recommending that Petitioner's motion for preliminary injunction be denied. The Magistrate Judge concluded that Petitioner may be subject to mandatory detention under the Laken Riley Act, and Petitioner failed to address the Act's provisions. (Doc. 10.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.* at 7.) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 7–8 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The findings and recommendations issued on February 12, 2026 (Doc. 10) are **ADOPTED IN FULL**.
2. Petitioner's motion for preliminary injunction (Doc. 2) is **DENIED**.
3. The matter is referred to the assigned magistrate judge for consideration of the merits of the petition.
4. The Court sets the following briefing schedule, which may be modified by the magistrate judge as needed. Respondents may file a further brief on the merits of the habeas petition within 45 days. Alternatively, as soon as it can within that 30-day period, Respondents may file a notice that they do not intend to file further briefing. If Respondents file an additional brief, Petitioner may file a further brief within 30 days thereafter.

IT IS SO ORDERED.

Dated:   **March 5, 2026**

UNITED STATES DISTRICT JUDGE

2