# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT LNU, | Case No. 1:26-cv-00016-JLT-SAB-HC |
| Petitioner, | ORDER RE: CASE STATUS |
| v. | (ECF No. 15) |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 9, 2026, Petitioner filed a request for status. (ECF No. 15.) The Court is aware of the pendency of this case and will review this matter in due course. There are no other pending deadlines at this time. There are hundreds of habeas petitions presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case.

IT IS SO ORDERED.

Dated: __**June 10, 2026**__　　　　　　　　　　　　　　

STANLEY A. BOONE
United States Magistrate Judge