# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ROHIT LNU,

      Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

      Respondents.

Case No. 1:26-cv-00016-JLT-SAB-HC

ORDER FOR SUPPLEMENTAL BRIEFING

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 5, 2026, the Court denied Petitioner's motion for temporary restraining order based upon the findings and recommendations, which "concluded that Petitioner may be subject to mandatory detention under the Laken Riley Act, and Petitioner failed to address the Act's provisions[,]" and to which Petitioner did not file any objections. (ECF No. 11 at 1.) The Court set the following briefing schedule:

> Respondents may file a further brief on the merits of the habeas petition within 45 days. Alternatively, as soon as it can within that 30-day period, Respondents may file a notice that they do not intend to file further briefing. If Respondents file an additional brief, Petitioner may file a further brief within 30 days thereafter.

(ECF No. 11 at 2.)

On April 15, 2026, Respondents filed a notice stating that an immigration judge had ordered Petitioner removed to Canada on March 23, 2026, and that Respondents would not file

additional briefing. (ECF No. 12.) On May 13, 2026, Petitioner filed a response, indicating that Petitioner timely filed an appeal with the Board of Immigration Appeals, the removal order is not yet administratively final, and thus, "the issues raised in the pending habeas petition are not moot." (ECF No. 14 at 2.)

The Court previously concluded that the Laken Riley Act appeared to apply to Petitioner given that he was arrested for one of the enumerated crimes in 8 U.S.C. § 1226(c)(1)(E)(iii) and denied preliminary relief because Petitioner failed to address the applicability of the Act's provisions. As none of Petitioner's submissions have addressed this issue, the Court finds that supplemental briefing on this issue will assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Petitioner SHALL file a supplemental brief addressing the applicability of the Laken Riley Act; and

2. Within seven (7) days of the date of service of Petitioner's supplemental brief, Respondents MAY file a response.

IT IS SO ORDERED.

Dated:  **July 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2