# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT LNU,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　　Respondents. | Case No. 1:26-cv-00016-JLT-SAB-HC<br><br>ORDER DIRECTING ATTORNEYS LAXMAN ADHIKARI AND GURPREET KAUR TO FILE SUBSTITUTION OF COUNSEL |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 7, 2026, Attorney Laxman Adhikari filed a notice of appearance and on July 7, 2026, Attorney Gurpreet Kaur filed a motion to withdraw. (ECF Nos. 13, 18.)

Local Rule 182(a) governs appearance as attorney of record and provides:

> **(1) Appearance Required.** Except as permitted in (b) and except as the Court may allow a courtesy appearance in criminal actions, no attorney may participate in any action unless the attorney has appeared as an attorney of record. A single client may be represented by more than one attorney of record to the extent authorized by the applicable Rules of Professional Conduct.

> **(2) Manner of Making Appearance.** Appearance as an attorney of record is made (i) by signing and filing an initial document, see L.R. 131(a); (ii) by causing the attorney's name to be listed in the upper left hand corner of the first page of the initial document; (iii) by physically appearing at a court hearing in the matter, formally stating the appearance on the record, and then signing and filing a

confirmation of appearance within seven (7) days; or (iv) by filing and serving on all parties a substitution of attorneys as provided in (g).

L.R. 182(a)(1)–(2).

Although Attorney Adhikari filed a notice of appearance, (ECF No. 13), counsel has not made an appearance as an attorney of record in compliance with the Local Rules. See L.R. 182(a)(2). Local Rule 182(g) provides:

> **(g) Substitution of Attorneys.** An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, and the client. All substitutions of attorneys shall require the approval of the Court, and the words **"IT IS SO ORDERED"** with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys.

L.R. 182(g).

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, Attorney Laxman Adhikari and Attorney Gurpreet Kaur SHALL FILE a substitution of attorney in accordance with Local Rule 182(g).

IT IS SO ORDERED.

Dated:   **July 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2