# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROHIT LNU,

    Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

    Respondents.

Case No. 1:26-cv-00016-JLT-SAB-HC

ORDER DIRECTING ATTORNEYS LAXMAN ADHIKARI AND GURPREET KAUR TO FILE SUBSTITUTION OF ATTORNEYS **WITH THE SIGNATURE OF PETITIONER**

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 7, 2026, Attorney Laxman Adhikari filed a notice of appearance and on July 7, 2026, Attorney Gurpreet Kaur filed a motion to withdraw. (ECF Nos. 13, 18.) On July 8, 2026, the Court ordered Attorneys Adhikari and Kaur to file "a substitution of attorney *in accordance with Local Rule 182(g)*." (ECF No. 19 at 2 (emphasis added).) On July 8, 2026, counsel filed a substitution of attorneys. (ECF No. 20.)

Local Rule 182(g) provides that "a substitution of attorneys . . . shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, *and the client*." L.R. 182(g) (emphasis added). The submitted substitution of attorneys does not include the signature of Petitioner.

///

Accordingly, IT IS HEREBY ORDERED that Attorney Laxman Adhikari and Attorney Gurpreet Kaur SHALL FILE a substitution of attorneys in accordance with Local Rule 182(g) that includes the signature of Petitioner by the original deadline of July 15, 2026.

IT IS SO ORDERED.

Dated:    **July 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2