# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT LNU,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-00016-JLT-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 30, 2026, the Court issued findings and recommendation to grant the petition in part. (ECF No. 26.) Therein, the Court concluded that because "[t]here is nothing in the record before this Court that a charge was never filed, the charge was dropped, or that Petitioner was acquitted," "8 U.S.C. § 1226(c)(1)(E) is applicable and Petitioner is subject to mandatory detention." (Id. at 4.) The Court recommended that the construed prolonged detention due process claim be granted and that Petitioner be provided with a bond hearing. (Id. at 11.)

On August 13, 2026, Respondents filed objections to the findings and recommendation. (ECF No. 28.) On August 14, 2026, Petitioner filed a reply to Respondents' objections and notice of supplemental evidence that Petitioner's criminal case has been dismissed. (ECF No. 29.)

The Court finds that supplemental briefing on what impact the dismissal of Petitioner's criminal case has on the petition would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and
2. Within seven (7) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a supplemental brief.

IT IS SO ORDERED.

Dated: **August 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge